IN RE Ronald EVERETT, No. 171-80

August 12, 1980. Motion for expedited appeal granted. Cause to come on for hearing during the September Term, 1980.

Billings, J.

STATE of Vermont v. Jeffrey PATNAUDE, No. 230-80

August 12, 1980. Motion for stay of execution of sentence denied.

STATE of Vermont v. Ellwin POQUETTE, No. 231-80

August 12, 1980. Motion for stay of execution of sentence denied.

Donna HUNTINGTON v. DEPARTMENT OF SOCIAL AND REHABILITATION SERVICES, No. 256-80

August 12, 1980. Appellant's petition for injunctive relief is denied.

STATE of Vermont v. Timothy Dale MORAN, No. 355-79

August 14, 1980. Bail having been satisfied pursuant to the order dated August 12, 1980, the defendant is hereby ordered released.

Larrow, J.